639 A.2d 1180

**Tonya HENDERSON, Appellant,**

v.

**NATIONAL CAR RENTAL SYSTEMS, INC.**

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided April 22, 1994.

Ralph S. Levitan, Frances M. Minnis, Philadelphia, for appellant.

Michael Cognetti, Scott J. Tredwell, Philadelphia, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.